

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSLYVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff (Petitioner)<br>vs.<br>MEDRESCUE AMBULANCE INC.<br>Defendant (Respondent) | CASE and/or Docket No.:<br>20-00276<br>Sheriff's Sale Date: |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS:** SUMMONS & COMPLAINT

I, D'WAYNE HENRIKSSON, certify that I eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served MEDRESCUE AMBULANCE INC. the above process on 3/16/2020, at 4:35 PM, at C/O STAINSLAV ENTUS 4706 BROOKSIDE AVE BRISTOL, PA 19007, County of BUCKS, Commonwealth of PENNSYLVANIA:

**Manner of Service:**

☑ **Substitute** - By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no family member was found*

Name: STANISLAV ENTUS
Relationship/Title/Position: AUTHORIZED AGENT

Description: Approximate Age <u>46-50</u>  Height <u>5ft 4in - 5ft 7in</u>  Weight <u>131 lbs - 150 lbs</u>  Race <u>WHITE</u>  Sex <u>MALE</u>
        Hair <u>Brown</u>

| | |
|---|---|
| Commonwealth/State of PENNSYLVANIA | ) SS: |
| County of _Berks_ | ) |

Before me, the undersigned notary public, this day, personally, appeared D'WAYNE HENRIKSSON to me known, who being duly sworn according to law, deposes the following:
I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_(Signature of Affiant)_

Subscribed and sworn to before me
this _18_ day of _Mar_, 20_20_.

Notary Public

File Number: USA-202791
Case ID #: 5817322

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021