UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, :<br>*Plaintiffs,* :<br>  :<br>  :<br>v.   :<br>  :<br>**MEDRESCUE AMBULANCE INC.,**  :<br>*Defendants* : | Case No.  20-cv-0276-JMY |

### DEFAULT NOTICE
10 Day Notice – Failure of Defendant to Answer or
Otherwise Respond to Plaintiff's Complaint

Dear Counsel:

A review of the Court's records indicates that Defendant, Medrescue Ambulance Inc., has failed to timely respond to the Complaint (ECF No. 1).[1]

If Plaintiff fails to take action to have a default entered against the Defendant pursuant to Federal Rule of Civil Procedure 55(a) within ten (10) days of the date of this Notice, the Court may enter an Order dismissing the Complaint against said Defendant for lack of prosecution.

By:

  /s/ Dedra Brannan
Dedra Brannan, Civil Deputy Clerk

Date of Notice:  July 15, 2020

---

[1] This Default Notice does not express any opinion on whether service was properly effected pursuant to Federal Rule of Civil Procedure 4.  Plaintiff should verify that service of process was made at the Defendant's address as on file with the Department of State, Division of Corporations.