UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | |
| *Plaintiff*, | : | 20-cv-0276-JMY |
| | : | |
| **v.** | : | |
| | : | |
| **MEDRESCUE AMBULANCE, INC.** | : | |
| *Defendant*. | : | |

## Order to Show Cause

AND NOW, this 27th day of April, 2021, upon review of the docket, it appears that a default was entered on July 20, 2020, against Defendant, Medrescue Ambulance, Inc., and that Plaintiff has yet to file a motion for default judgment in accordance with Federal Rule of Civil Procedure 55(b). Relying on this procedural posture, and the lack of docket activity, an Order to Show Cause is hereby issued for Plaintiff to show cause why this matter should not be dismissed for failure to prosecute.

Within twenty (20) days of the date that this Order is entered on the docket, the Plaintiff should show cause in a letter brief forwarded to this Court via email to Chambers_Younge@paed.uscourts.gov

Failure to comply with this Order may result in the dismissal of this action.

BY THE COURT:

__/s/ John Milton Younge__
**Judge John Milton Younge**